IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | | |
|---|---|---|
| SUZAN A. THOMPSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. 6:05-CV-008-C |
| | § | ECF |
| | § | |
| JO ANNE B. BARNHART, | § | |
| Commissioner of Social Security, | § | |
| | § | |
| Defendant. | § | |

## ORDER

**THIS MATTER** comes before the court on the Report and Recommendation filed March 16, 2006 (Doc. 23). No written objections have been filed.

**IT IS, THEREFORE, ORDERED** that the findings and conclusions in the Report and Recommendation are **ADOPTED** as the findings and conclusions of the court and that this cause is reversed and remanded to the Commissioner for further proceedings pursuant to 405 U.S.C. § 405(g).

On remand, the ALJ should further consider the severity of Plaintiff's impairments and should further evaluate the limitations imposed by Plaintiff's mental impairment in making his residual functional capacity assessment.

DATED this 31st day of March, 2006.

SAM R. CUMMINGS
UNITED STATES DISTRICT JUDGE